

BINGHAM

David J. Butler
Direct Phone: 202.373.6723
Direct Fax:     202.373.6418
david.butler@bingham.com

September 10, 2009

*__Via E- Mail & Overnight Delivery__*

Tom Collins, II
Vice President
Luke Oil
3592 North Hobart Road
Hobart, IN  46342

### Re: __Unauthorized Use of Ⓤ Certification Mark__

Dear Mr. Collins:

This firm represents the Union of Orthodox Jewish Congregations of America ("Orthodox Union"). The Orthodox Union is the owner of the famous Ⓤ certification mark (the "Ⓤ mark") which is registered under U.S. Federal Trademark Nos. 636,593 and 1,0087,891, and has become incontestable. The famous Ⓤ certification mark has been used continuously by the Orthodox Union since at least 1925 for kosher certification of food products and other items, and has become recognized all over the world as the preeminent kosher product certification mark.

The Orthodox Union has learned that Luke Oil is using a copy of the Ⓤ mark in several aspects of its operations, including several uses associated with the food and beverage offerings at Luke Oil locations, as well as identification of Luke Oil locations. These uses by Luke Oil of the Ⓤ mark are likely to cause confusion or mistake among consumers as to the sponsorship or approval of Luke Oil's operations and offerings, in violation of Sections 32 and 43 of the Lanham Act, 15 U.S.C. §§ 1114(1) and 1125(a). Luke Oil's unauthorized uses of the Ⓤ mark also dilutes the value of the Ⓤ mark, and constitutes trademark infringement and unfair competition.

While Orthodox Union considers this to be a serious matter, and is prepared to take all necessary steps to protect its rights in the Ⓤ mark, Orthodox Union recognizes that Luke Oil's uses of the Ⓤ mark are likely the result of an innocent mistake, and are probably not intended to interfere with any of Orthodox Union's rights in the mark or to mislead the public regarding the sponsorship or approval of Luke Oil's products or services. Accordingly, Orthodox Union is willing to work with Luke Oil on the development of a prompt timetable for necessary corrective action, and cessation by Luke Oil of any further unauthorized uses of the Ⓤ mark.

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek

Bingham McCutchen LLP
2020 K Street NW
Washington, DC
20006-1806

202.373.6000
202.373.6001
bingham.com

Tom Collins, II
**September 10, 2009**
Page 2

If Luke Oil is willing to enter into such discussions, and is willing to terminate all unauthorized use of the Ⓤ mark promptly, either you or your counsel can contact me or David Irons, Director of Trademark Compliance at Orthodox Union, by no later than close of business on Wednesday, September 16, 2009, to discuss the schedule for such use termination. Mr. Irons' direct dial number is (212) 613-8298, or he can be reached by email at ironsd@ou.org. If Mr. Irons does not hear from you by close of business on September 15, or if I don't hear from you or your counsel by that date, we will conclude the Luke Oil has no interest in reaching an amicable resolution concerning this matter, and will pursue an appropriate legal remedy against Luke Oil for damages and injunctive relief.

We are hopeful that we can avoid the need for legal action to enforce Orthodox Union's rights in the Ⓤ mark, and look forward to hearing from you or your counsel in a timely manner. Thank you in advance for your anticipated cooperation.

Sincerely,

David J. Butler

cc: David Irons (by email)




## Levine, Randall M.

**From:**    TMCollins [TMCollins@lukeoil.com]
**Sent:**    Thursday, September 10, 2009 10:28 PM
**To:**    Butler, David J.
**Subject:** RE: OU/Luke Oil - Letter to Tom Collins from David J. Butler - 9/10/09

David-

Thanks for the attachment. I find your letter to be fair. You will be contact my myself or our legal counsel in a timely fashion.

Have a good night.

Tom Collins

---

**From:** Butler, David J. [mailto:David.Butler@bingham.com]
**Sent:** Thu 9/10/2009 9:22 PM
**To:** TMCollins
**Subject:** FW: OU/Luke Oil - Letter to Tom Collins from David J. Butler - 9/10/09

---

**From:** Butler, David J.
**Sent:** Thursday, September 10, 2009 12:38 PM
**To:** 'tmcollins@lukeoil.com'
**Cc:** 'Irons, Dovid'
**Subject:** OU/Luke Oil - Letter to Tom Collins from David J. Butler - 9/10/09

---

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

10/1/2009






**From:** TMCollins [mailto:TMCollins@lukeoil.com]
**Sent:** Wednesday, September 16, 2009 4:15 PM
**To:** Butler, David J.
**Subject:** RE: OU/Luke Oil - Letter to Tom Collins from David J. Butler - 9/10/09

Mr. Butler-

I wanted to get back with you by the end of business today in regards to your letter. I contacted attorney Thomas Henry from Indianapolis who specializes in trademark and patent law to review your letter and our concept. My hope was that he would provide a response and some guidance on this matter by the deadline in your letter. Unfortunately, I have not heard back from him as of yet.

I will give him until the end of business today to respond and if I do not hear back from him, I will personally respond to your letter and outline Luke's plan moving forward.

Thank you,

Tom Collins

**From:** Butler, David J. [mailto:David.Butler@bingham.com]
**Sent:** Tuesday, September 15, 2009 11:49 AM
**To:** TMCollins
**Subject:** RE: OU/Luke Oil - Letter to Tom Collins from David J. Butler - 9/10/09

Mr. Collins:

I have not yet heard from you or your counsel. Please not that the deadline for such communication, as set out in my letter, is close of business tomorrow.

David J. Butler

**From:** TMCollins [mailto:TMCollins@lukeoil.com]
**Sent:** Thursday, September 10, 2009 10:28 PM
**To:** Butler, David J.
**Subject:** RE: OU/Luke Oil - Letter to Tom Collins from David J. Butler - 9/10/09

David-

Thanks for the attachment. I find your letter to be fair. You will be contact my myself or our legal counsel in a

timely fashion.

Have a good night.

Tom Collins

---

**From:** Butler, David J. [mailto:David.Butler@bingham.com]
**Sent:** Thu 9/10/2009 9:22 PM
**To:** TMCollins
**Subject:** FW: OU/Luke Oil - Letter to Tom Collins from David J. Butler - 9/10/09

---

**From:** Butler, David J.
**Sent:** Thursday, September 10, 2009 12:38 PM
**To:** 'tmcollins@lukeoil.com'
**Cc:** 'Irons, David'
**Subject:** OU/Luke Oil - Letter to Tom Collins from David J. Butler - 9/10/09

---

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

10/6/2009

 

## Levine, Randall M.

**From:** Butler, David J.
**Sent:** Monday, September 21, 2009 1:10 PM
**To:** 'TMCollins'
**Subject:** RE: OU/Luke Oil - Letter to Tom Collins from David J. Butler - 9/10/09

Mr. Collins:

I have not heard further from you or from Mr. Henry.

If I do not receive a substantive response from you or from someone on your behalf by close of business tomorrow, we will begin preparing a lawsuit, and a motion for injunctive relief.

David J. Butler

---

**From:** Butler, David J.
**Sent:** Wednesday, September 16, 2009 4:17 PM
**To:** 'TMCollins'
**Subject:** RE: OU/Luke Oil - Letter to Tom Collins from David J. Butler - 9/10/09

Mr. Collins: I look forward to hearing from you or Mr. Henry. DJB

---

**From:** TMCollins [mailto:TMCollins@lukeoil.com]
**Sent:** Wednesday, September 16, 2009 4:15 PM
**To:** Butler, David J.
**Subject:** RE: OU/Luke Oil - Letter to Tom Collins from David J. Butler - 9/10/09

Mr. Butler-

I wanted to get back with you by the end of business today in regards to your letter. I contacted attorney Thomas Henry from Indianapolis who specializes in trademark and patent law to review your letter and our concept. My hope was that he would provide a response and some guidance on this matter by the deadline in your letter. Unfortunately, I have not heard back from him as of yet.

I will give him until the end of business today to respond and if I do not hear back from him, I will personally respond to your letter and outline Luke's plan moving forward.

Thank you,

Tom Collins

---

**From:** Butler, David J. [mailto:David.Butler@bingham.com]
**Sent:** Tuesday, September 15, 2009 11:49 AM
**To:** TMCollins
**Subject:** RE: OU/Luke Oil - Letter to Tom Collins from David J. Butler - 9/10/09

Mr. Collins:

10/6/2009

I have not yet heard from you or your counsel. Please not that the deadline for such communication, as set out in my letter, is close of business tomorrow.

David J. Butler

---

**From:** TMCollins [mailto:TMCollins@lukeoil.com]
**Sent:** Thursday, September 10, 2009 10:28 PM
**To:** Butler, David J.
**Subject:** RE: OU/Luke Oil - Letter to Tom Collins from David J. Butler - 9/10/09

David-

Thanks for the attachment. I find your letter to be fair. You will be contact my myself or our legal counsel in a timely fashion.

Have a good night.

Tom Collins

---

**From:** Butler, David J. [mailto:David.Butler@bingham.com]
**Sent:** Thu 9/10/2009 9:22 PM
**To:** TMCollins
**Subject:** FW: OU/Luke Oil - Letter to Tom Collins from David J. Butler - 9/10/09

---

**From:** Butler, David J.
**Sent:** Thursday, September 10, 2009 12:38 PM
**To:** 'tmcollins@lukeoil.com'
**Cc:** 'Irons, Dovid'
**Subject:** OU/Luke Oil - Letter to Tom Collins from David J. Butler - 9/10/09

---

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

10/6/2009




Ex. L.



**From:** Henry, Tom [mailto:thenry@uspatent.com]
**Sent:** Tuesday, September 22, 2009 4:22 PM
**To:** Butler, David J.
**Subject:** Circle U Certification Mark and Luke Oil (7583-2)

Mr. Butler:

I represent Luke Oil concerning the above matter. Tom Collins has asked that I contact you to let you know where things stand. I have talked with Mr. Collins and we have discussed at some length the issues regarding use of trademarks and the like. I have reviewed your letter of September 10, and I have asked Mr. Collins to send me pictures showing how Luke Oil is using the term which you have identified. I expect you will appreciate that these issues require consideration and can not be resolved in a matter of a week or two. On the other hand, I have been assured that Luke Oil was totally unaware of the Orthodox Union trademark rights, and will be respectful of those rights as they are understood. I expect we will be able to give you a definitive response within a week. In the meantime, please do not hesitate to contact me if you want to discuss this further.

Regards,
Tom

Thomas Q. Henry
thenry@uspatent.com
(317) 713-4907 (office)
(317) 289-3893 (cell)
Managing Partner
Woodard, Emhardt, Moriarty, McNett & Henry LLP
111 Monument Circle, Suite 3700
Indianapolis, IN 46204

10/6/2009