FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

2009 OCT -7 PM 1:54

| UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA<br>11 Broadway<br>New York, New York 10004<br><br>Plaintiff,<br><br>v.<br><br>LUKE OIL CO., INC.<br>3592 North Hobart Road<br>Hobart, IN 46342<br><br>Defendant. | CIVIL ACTION NO. 2 09 C V 331 |

## PLAINTIFF UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA'S CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1 Plaintiff, Union of Orthodox Jewish Congregations of America is a New York not-for-profit corporation with its principal place of business in New York, New York. The Orthodox Union is not owned by any parent corporation.

Dated: October 7, 2009.

WILDMAN, HARROLD, ALLEN & DIXON LLP

_____
Nicole Nocera
nocera@wildman.com
Stacey Smiricky
smiricky@wildman.com
225 West Wacker Drive
Suite 2800
Chicago, IL 60606-1229

1

Telephone: (312) 201-2000
Facsimile: (312) 201-2555

BINGHAM McCUTCHEN LLP

David J. Butler
david.butler@bingham.com
Randall M. Levine
randall.levine@bingham.com
2020 K Street, NW
Washington, DC 20006
Telephone:   202.373.6000
Facsimile:   202.373.6001

*Attorneys for Plaintiff Union of Orthodox Jewish Congregations of America*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Plaintiff Union of Orthodox Jewish Congregations of America's Corporate Disclosure** will be served this 7th day of October, 2009, via messenger delivery by It's Your Serve, to:

>Luke Oil Co., Inc.
>3592 North Hobart Road
>Hobart, Indiana 46342

_____
Stacey Smirlcky