UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

| | |
|---|---|
| UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA<br>11 Broadway<br>New York, New York 10004<br><br>Plaintiff,<br><br>v.<br><br>LUKE OIL CO., INC.<br>3592 North Hobart Road<br>Hobart, IN 46342<br><br>Defendant. | CIVIL ACTION NO. 2:09 CV 331<br><br><br>**AMENDED MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiff Union of Orthodox Jewish Congregations of America (the "Orthodox Union" or "Plaintiff"), through its attorneys, respectfully submits this Amended[1] Motion for Preliminary Injunction. For the reasons set forth fully in Plaintiff's Memorandum in Support of Motion for Preliminary Injunction filed on October 7, 2009, Plaintiff moves the Court to preliminarily enjoin Defendant Luke Oil Co., Inc. ("Luke Oil" or "Defendant") from infringing the Orthodox Union's famous Ⓤ kosher certification mark (the "OU mark").

The Orthodox Union is a New York not-for-profit corporation that performs kosher certifications for food products in the United States and around the world. The Orthodox Union places the OU mark on food products and other items that it has certified as kosher. Luke Oil is in the business of operating gasoline service stations and convenience stores, and has recently begun to brand its operations with an exact replica of the OU mark. Luke Oil has continued its infringing use of the OU mark despite the Orthodox Union's demands that it cease its infringing

---

[1] Plaintiff presents this Amended Motion for Preliminary Injunction because its original Motion for Preliminary Injunction filed on October 7, 2009 failed to include counsel's signature.

1

activity. Luke Oil has therefore demonstrated a willful disregard for the Orthodox Union's trademark rights and the rights of the kosher consuming public. Under these circumstances, and for the reasons set forth fully in Plaintiff's Memorandum, injunctive relief is both proper and required.

 WHERFORE, Orthodox Union respectfully requests that the Court grant its Motion for Preliminary Injunction in all respects and order such other relief as the Court deems just and proper (See proposed order, attached hereto as Exhibit A).

        Respectfully submitted,

Dated: October 8, 2009.

        WILDMAN, HARROLD, ALLEN & DIXON LLP

        */s/ Nicole Nocera*
        Nicole Nocera
        nocera@wildmanharrold.com
        Stacey Smiricky
        smiricky@wildmanharrold.com
        225 West Wacker Drive
        Suite 2800
        Chicago, IL 60606-1229
        Telephone: 312.201.2000
        Facsimile: 312.201.2555

        BINGHAM McCUTCHEN LLP

        David J. Butler
        david.butler@bingham.com
        Randall M. Levine
        randall.levine@bingham.com
        2020 K Street, NW
        Washington, DC 20006
        Telephone: 202.373.6000
        Facsimile: 202.373.6001

        *Attorneys for Plaintiff Union of Orthodox Jewish Congregations of America*

## CERTIFICATE OF SERVICE

I, Nicole Nocera, an attorney, hereby certify that on the 8th day of October, 2009, I caused a copy of the above to be filed with the Court via ECF/PACER, which caused a copy to be sent to the following counsel of record:

Nicole Nocera
Stacey Smiricky
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, Illinois 60606-1229
(312) 201-2000

and hereby certify that before 4:00 p.m. on this 8th day of October, 2009, I mailed by United States Postal Service, the document to the following non-registered participant:

Luke Oil Co., Inc.
3592 North Hobart Road
Hobart, IN 46342

/s/ Nicole Nocera