# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION

| | |
|---|---|
| UNION OF ORTHODOX JEWISH CONGREGATIONS OF AMERICA<br>11 Broadway<br>New York, New York 10004<br><br>                           Plaintiff,<br><br>v.<br><br>LUKE OIL CO., INC.<br>3592 North Hobart Road<br>Hobart, IN 46342<br><br>                           Defendant. | CIVIL ACTION NO. 2:09 CV 331<br><br><br>ORDER |

### [PROPOSED] PRELIMINARY INJUNCTION ORDER

This matter is before the Court on Plaintiff Union of Orthodox Jewish Congregations of America's (the "Orthodox Union") Motion for a Preliminary Injunction (the "Motion") and supporting declarations.

Based upon the briefs in support of the motion [and opposition thereto], [the argument of counsel at the hearing], the applicable law and the entire record herein, the Court hereby enters the following Findings of Fact and Conclusions of Law:

### FINDINGS OF FACT

1.  Plaintiff Orthodox Union is the lawful and exclusive owner of the OU certification mark ("OU mark"), which is federally registered (Registration Nos. 636,593 and 1,087,891).

2.  Defendant Luke Oil Co., Inc. ("Luke Oil") has instituted a branding campaign making use of an exact replica of the OU mark in connection with its sales of food and

1

beverage products, and its sale of gasoline through its gasoline service stations. The OU mark also appears on certain of Luke Oil's structures and its website.

3.  Beginning in August 2009, the Orthodox Union became aware that Luke Oil was using the OU mark without authorization from the Orthodox Union.

4.  On or about September 10, 2009, the Orthodox Union (through counsel) made written demand by e-mail and U.S. mail on Luke Oil that it stop using the OU mark. Orthodox Union offered to work cooperatively with Luke Oil to remedy the infringement. Luke Oil responded by e-mail on September 10 and promised to contact counsel for Orthodox Union. Thereafter Orthodox Union contacted Luke Oil on September 16 and 21 by e-mail in an effort to work with Luke Oil to remedy the infringement. Luke Oil did not respond substantively to Orthodox Union's communications.

## CONCLUSIONS OF LAW

1.  This Court has jurisdiction over this action, and venue is proper in this District.

2.  The Orthodox Union has established a clear likelihood of success on the merits of its claims for federal trademark infringement, false designation of origin, dilution of a famous mark, and common law unfair competition and trademark infringement.

3.  Based upon Luke Oil's offending conduct, and the injury caused to the Orthodox Union and to the consuming public as a result of such conduct, the balance of equities weighs in favor of granting the preliminary injunctive relief sought by the Orthodox Union.

**THEREFORE,** the Court, having read and considered Plaintiff's papers, and having heard and considered arguments of Plaintiff's counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**:

2

1. Pending a trial on the merits of this case, Orthodox Union's motion for a preliminary injunction is **GRANTED**;

2. Defendant Luke Oil, its employees, agents, and all persons acting in concert with Luke Oil, are hereby preliminarily enjoined from any further unauthorized use of the OU mark in connection with the operation of Luke Oil's business or the sale of any products;

3. Within three (3) business days of receipt of service of this Preliminary Injunction Order, Luke Oil, its employees, agents and all persons acting in concert with Luke Oil, shall take corrective action to remove from the marketplace, or obliterate the OU mark on, all products sold or distributed through Luke Oil, its agents or associates, which bear an unauthorized OU mark, and to remove the OU mark from Luke Oil's structures and website.

4. Within seven (7) business days of receipt of service of this Preliminary Injunction Order, Luke Oil shall file with this Court, and serve on Orthodox Union's counsel, a report setting out in detail all steps Luke Oil, its employees, agents and all persons acting in concert with Luke Oil, have taken to comply with this Preliminary Injunction Order; and

5. Orthodox Union shall post a preliminary injunction bond in the amount of $1,000.00.

**SO ORDERED**:

Dated:_____    _____
United States District Judge